UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORGANIZATION SEED GROWERS AND )
TRADE ASSOCIATION, et al., )
)
Plaintiffs, ) Case No. 11-CV-2163 (NRB)
)
v. )
)
MONSANTO COMPANY AND ) **MOTION TO ADMIT COUNSEL**
MONSANTO TECHNOLOGY LLC, ) ***PRO HAC VICE***
)
Defendants )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rachel L. Weiner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:   Carolyn Jacobs Chachkin
        Firm Name:   Wilmer Cutler Pickering Hale and Dorr LLP
        Address:   1875 Pennsylvania Avenue NW
        City/State:   Washington, D.C. 20006
        Phone No.:   (202) 663-6023
        Fax No.:   (202) 663-6363
        Email:   carolyn.chachkin@wilmerhale.com

Carolyn Jacobs Chachkin is an active member in good standing for the District of Columbia and Pennsylvania. There are no pending disciplinary proceedings against Carolyn Jacobs Chachkin in any State or Federal Court.

DATED: 6/21/11

Respectfully Submitted,

*Rachel L. Weiner*
Rachel L. Weiner
WILMERHALE LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
202-663-6068
Rachel.weiner@wilmerhale.com

*Counsel for Movants Monsanto Company and Monsanto Technology LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANIC SEED GROWERS AND TRADE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC, <br><br> Defendants | Case No. 11-CV-2163 (NRB) <br><br> **DECLARATION OF RACHEL L. WEINER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Rachel L. Weiner, declare under penalty of perjury, as follows:

1. I am an Associate of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), counsel for Movants Monsanto Company and Monsanto Technology LLC in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Carolyn Jacobs Chachkin as counsel *pro hac vice* to represent Monsanto Company and Monsanto Technology LLC in this matter.

2. I am a member in good standing of the bars of the State of New York, the State of New Jersey, and the District of Columbia. I am also admitted to practice in the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the District of New Jersey, and am in good standing with these Courts.

3. Mrs. Chachkin is a Senior Associate of the law firm Wilmer Cutler Pickering Hale and Dorr LLP.

4. Mrs. Chachkin is, in my judgment, a skilled attorney and a person of integrity. She is fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5. Accordingly, I move for the admission of Carolyn Jacobs Chachkin, *pro hac vice*. A proposed order granting the admission of Carolyn Jacobs Chachkin, *pro hac vice*, is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit Carolyn Jacobs Chachkin, *pro hac vice*, to represent Defendants Monsanto Company and Monsanto Technology LLC in the above-captioned matter.

Respectfully Submitted,

DATED: 6/21/11

Rachel L. Weiner (SDNY RW0414)

WILMERHALE LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202)-663-6068
rachel.weiner@wilmerhale.com

*Counsel for Movants*
*Monsanto Company and*
*Monsanto Technology LLC*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## CAROLYN J. CHACHKIN

was on the  6TH  day of  JULY, 2007  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 20, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
          Deputy Clerk



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Carolyn Jacobs Chachkin, Esq.

DATE OF ADMISSION

*October 19, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 20, 2011

Patricia A. Johnson
Chief Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ORGANIC SEED GROWERS AND ) 
TRADE ASSOCIATION, et al., )
)
    Plaintiffs, ) Case No. 11-CV-2163 (NRB)
)
v. )
)
MONSANTO COMPANY AND ) **[PROPOSED] ORDER FOR**
MONSANTO TECHNOLOGY LLC, ) **ADMISSION *PRO HAC VICE***
) **ON WRITTEN MOTION**
    Defendants )

Upon the Motion of Rachel L. Weiner, attorney for movant Monsanto Company and Monsanto Technology LLC, and the sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

    Applicant's Name: Carolyn Jacobs Chachkin
    Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
    Address: 1875 Pennsylvania Avenue NW
    City/State: Washington, D.C. 20006
    Phone No.: (202) 663-6023
    Fax No.: (202) 663-6363
    Email: carolyn.chachkin@wilmerhale.com

is admitted to practice *pro hac vice* as counsel for movant Monsanto Company and Monsanto Technology LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED: _____               _____
        New York, New York                             United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 22st day of June, 2011, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

Daniel Ben Ravicher
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, NY 10003

_____
Saverino Mercadante