UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2011

ORGANIC SEED GROWERS AND )
TRADE ASSOCIATION, et al., )
                          )
         Plaintiffs,      )  Case No. 11-CV-2163
                          )
v.                        )
                          )
MONSANTO COMPANY AND      )  [~~PROPOSED~~] ORDER FOR
MONSANTO TECHNOLOGY LLC,  )  ADMISSION *PRO HAC VICE*
                          )  ON WRITTEN MOTION
         Defendants       )

Upon the Motion of Rachel L. Weiner, attorney for movant Monsanto Company and Monsanto Technology LLC, and the sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul R. Q. Wolfson |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Avenue NW |
| City/State: | Washington, D.C. 20006 |
| Phone No.: | (202) 663-6390 |
| Fax No.: | (202) 663-6363 |
| Email: | paul.wolfson@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for movant Monsanto Company and Monsanto Technology LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:  June 23, 2011
        New York, New York

                                              _____
                                              United States District Judge