

WILMERHALE

July 7, 2011

MEMO ENDORSED

**By Hand Delivery**

**Seth P. Waxman**

+1 202 663 6800(t)
+1 202 663 6363(f)
seth.waxman@wilmerhale.com

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Organic Seed Growers and Trade Ass'n et al. v. Monsanto Co. et al.*, No. 1:11-cv-2163-NRB (S.D.N.Y.)

MEMO ENDORSED

Dear Judge Buchwald:

I am writing to inform you that, in response to your letter dated June 27, the parties have agreed upon the following briefing schedule for Monsanto's motion to dismiss for lack of subject-matter jurisdiction: Monsanto will file its motion and opening brief by Tuesday, July 12; the plaintiffs will file their opposition by Thursday, August 11; and Monsanto will file its reply by Friday, August 26. This schedule completes the briefing in fewer than 60 days after the filing of the opening brief.

So Ordered.
Naomi Reice Buchwald, USDJ
7/11/11.

Sincerely,

Seth P. Waxman/ewc/

Seth P. Waxman

cc: Daniel Ravicher (via electronic mail)
Sabrina Hassan (via electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2011

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing Berlin Boston Brussels Frankfurt London Los Angeles New York Oxford Palo Alto Waltham Washington
US1DOCS 7990135v1