UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANIC SEED GROWERS AND TRADE ASSOCIATION, et al.,<br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC,<br>Defendants. | Case No. 1:11-cv-2163-NRB<br><br>Jury Demanded<br><br>ECF Case |

### CERTIFICATE OF SERVICE

I, Carolyn Jacobs Chachkin, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendants Monsanto Company and Monsanto Technology LLC in this action.

2. I hereby certify that, on July 12, 2011, a copy of Monsanto Company and Monsanto Technology LLC's Notice of Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Memorandum of Law in Support of Monsanto Company and Monsanto Technology LLC's Motion to Dismiss for Lack of Subject-Matter Jurisdiction, the Declarations of Carolyn Jacobs Chachkin and James P. Tobin in support of the motion, and exhibits thereto were served electronically on counsel for all Plaintiffs, as follows:

    Daniel Ben Ravicher, ravicher@yu.edu
    Sabrina Yasmin Hassan, hassan@pubpat.org

I declare that the foregoing is true and correct.

Dated: July 12, 2011

By: _____
Carolyn Jacobs Chachkin (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
202-663-6000