UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANIC SEED GROWERS AND TRADE ASSOCIATION, et al., <br>     Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC, <br>     Defendants. | Case No. 1:11-cv-2163-NRB <br><br> Jury Demanded <br><br> ECF Case |

### DECLARATION OF CAROLYN JACOBS CHACHKIN IN SUPPORT OF MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

I, Carolyn Jacobs Chachkin, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am one of the attorneys representing Defendants Monsanto Company and Monsanto Technology LLC in this action.

2. Attached hereto as Exhibit P is a true and correct copy of Brief for Appellees, *Association for Molecular Pathology v. United States Patent and Trademark Office* ("*AMP*"), No. 2010-1406 (Fed. Cir. Nov. 30, 2010).

3. Attached hereto as Exhibit Q is a true and correct copy of OSGATA 2011 Membership Form, *available at*

http://www.osgata.org/pdf/MEMBERSHIP%20FORM%202011.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2011     By: *Carolyn Jacobs Chachkin*
                               Carolyn Jacobs Chachkin

WILMER CUTLER PICKERING
 HALE and DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 663-6000
Fax (202) 663-6363

*Counsel for Defendants Monsanto Company and Monsanto Technology LLC*