**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 10 2011
UNITED STATES COURT JUDGE

| | |
|---|---|
| ORGANIC SEED GROWERS AND TRADE ASSOCIATION, et al., Plaintiffs, | **MEMO ENDORSED** |
| v. | Case No. 1:11-cv-2163-NRB-RLE |
| MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC Defendants. | ECF Case |

*ENDORSEMENT*

*There being no objection, the motion is granted.*

*[signature] Naomi Reice Buchwald, USDJ*

*9/13/11*

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

PLEASE TAKE NOTICE that proposed *Amici Curiae* Farm and Ranch Freedom Alliance, Biodynamic Farming and Gardening Association, Carolina Farm Stewardship Association, Ecological Famers of Ontario, Fair Food Matters, International Organic Inspectors Association, Michigan Land Trustees, Natural Environment Ecological Management, Nebraska Sustainable Agriculture Association, Organic Council of Ontario, Slow Food USA, and Virginia Independent Consumers and Farmers Association shall move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court to file their proposed *amicus curiae* brief.

Attached hereto are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *Amicus Curiae*, and (2) the proposed *amicus curiae* brief.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/11

                                                        Respectfully submitted,

Dated: August 10, 2011                     ___/s/Michael A. Spiegel___

                                                    Michael A. Spiegel (MS2309)
                                                    P.O. Box 962
                                                    Cameron, TX 76520
                                                    (254) 697-2661
                                                    mspiegel@airpost.net
                                                    *Attorney for proposed Amici Curiae*