USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORGANIC SEED GROWERS AND TRADE
ASSOCIATION, et al.,

                Plaintiffs,

-against-

MONSANTO COMPANY and MONSANTO
TECHNOLOGY LLC,

                Defendants.
-----------------------------------------------------------X

11 CIVIL 2163 (NRB)

**JUDGMENT**

Defendants having moved to dismiss for lack of subject matter jurisdiction, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on February 24, 2012, having rendered its Memorandum and Order granting defendants motion and dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 24, 2012, defendants' motion is granted, and the action is dismissed.

**Dated:** New York, New York
         February 27, 2012

                                            RUBY J. KRAJICK
                                            Clerk of Court
                                  BY:
                                            Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____