UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Organic Seed Growers and Trade Association; Organic Crop Improvement Association International, Inc.; OCIA Research and Education Inc.; The Cornucopia Institute; Demeter Association, Inc.; Center for Food Safety; Beyond Pesticides; Navdanya International; Maine Organic Farmers and Gardeners Association; Northeast Organic Farming Association of New York; Northeast Organic Farming Association/Massachusetts Chapter, Inc.; Northeast Organic Farming Association of New Hampshire; Northeast Organic Farming Association of Rhode Island; CT NOFA; Northeast Organic Farming Association of Vermont; Rural Vermont; Ohio Ecological Food & Farm Association; Florida Certified Organic Growers and Consumers Inc.; Southeast Iowa Organic Association; Northern Plains Sustainable Agriculture Society; Mendocino Organic Network; Northeast Organic Dairy Producers Alliance; Midwest Organic Dairy Producers Alliance; Western Organic Dairy Producers Alliance; Canadian Organic Growers; Manitoba Organic Alliance; Peace River Organic Producers Association; Union Paysanne; Family Farmer Seed Cooperative; Sustainable Living Systems; Global Organic Alliance; Food Democracy Now!; Family Farm Defenders Inc.; Farm-to-Consumer Legal Defense Fund; Weston A. Price Foundation; Michael Fields Agricultural Institute; FEDCO Seeds Inc.; Adaptive Seeds, LLC; Sow True Seed; Southern Exposure Seed Exchange; Mumm's Sprouting Seeds; Baker Creek Heirloom Seed Co., LLC; Comstock, Ferre & Co., LLC; Seedkeepers, LLC; Siskiyou Seeds; Countryside Organics; Wild Garden Seed; Cuatro Puertas; Seed We Need; Interlake Forage Seeds Ltd.; Alba Ranch; Wild Plum Farm; Gratitude Gardens; Richard Everett Farm, LLC; Philadelphia Community Farm, Inc; Genesis Farm; Chispas Farms LLC; Kirschenmann Family Farms Inc.; Midheaven Farms; Koskan Farms; California Cloverleaf Farms; North Outback Farm; Taylor Farms, Inc.; Jardin del Alma; Ron Gargasz Organic Farms; Abundant Acres; T & D Willey Farms; Full Moon Farm, Inc.; Common Good Farm, LLC; American Buffalo Company; Radiance Dairy; Quinella Ranch; Nature's Way Farm Ltd.; Levke and Peter Eggers Farm; Frey Vineyards, Ltd.; Bryce Stephens; Chuck Noble; LaRhea Pepper; Paul Romero; Brian Wickert; Bruce Drinkman; Murray Bast; and, Donald Wright Patterson, Jr.,

ECF CASE

No 11-cv-2163-NRB

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plaintiffs,

v.

Monsanto Company and Monsanto Technology LLC,

Defendants.

NOTICE IS HEREBY GIVEN that Organic Seed Growers and Trade Association; Organic Crop Improvement Association International, Inc.; The Cornucopia Institute; Demeter Association, Inc.; Center for Food Safety; Beyond Pesticides; Navdanya International; Maine Organic Farmers and Gardeners Association; Northeast Organic Farming Association of New York; Northeast Organic Farming Association/Massachusetts Chapter, Inc.; Northeast Organic Farming Association of New Hampshire; Northeast Organic Farming Association of Rhode Island; CT NOFA; Northeast Organic Farming Association of Vermont; Rural Vermont; Ohio Ecological Food & Farm Association; Florida Certified Organic Growers and Consumers Inc.; Southeast Iowa Organic Association; Mendocino Organic Network; Northeast Organic Dairy Producers Alliance; Midwest Organic Dairy Producers Alliance; Western Organic Dairy Producers Alliance; Canadian Organic Growers; Peace River Organic Producers Association; Family Farmer Seed Cooperative; Sustainable Living Systems; Global Organic Alliance; Food Democracy Now!; Farm-to-Consumer Legal Defense Fund; Weston A. Price Foundation; Michael Fields Agricultural Institute; FEDCO Seeds Inc.; Adaptive Seeds, LLC; Sow True Seed; Southern Exposure Seed Exchange; Mumm's Sprouting Seeds; Baker Creek Heirloom Seed Co., LLC; Comstock, Ferre & Co., LLC; Seedkeepers, LLC; Siskiyou Seeds; Countryside Organics; Wild Garden Seed; Cuatro Puertas; Seed We Need; Alba Ranch; Wild Plum Farm; Gratitude Gardens; Richard Everett Farm, LLC; Philadelphia Community Farm, Inc; Genesis Farm; Chispas Farms LLC; Midheaven Farms; Koskan Farms; California Cloverleaf Farms; North Outback Farm; Taylor Farms, Inc.; Ron Gargasz Organic Farms; Abundant Acres; T & D Willey Farms; Full Moon Farm, Inc.; Common Good Farm, LLC; American Buffalo Company; Radiance Dairy; Quinella Ranch; Nature's Way Farm Ltd.; Levke and Peter Eggers Farm; Frey

Vineyards, Ltd.; Bryce Stephens; Chuck Noble; LaRhea Pepper; Paul Romero; Brian Wickert; Bruce Drinkman; Murray Bast; and, Donald Wright Patterson, Jr., plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on the 27th day of February, 2012, resulting from the Court's February 24, 2012 Memorandum and Order granting Defendants' motion to dismiss for lack of subject matter jurisdiction.

PUBLIC PATENT FOUNDATION, INC.

Dated: New York, New York
March 28, 2012

By: _____
Daniel B. Ravicher, Esq. (DR1498)
Sabrina Y. Hassan, Esq. (SH2081)
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, New York 10003
Tel.: 212-545-5337
Fax.: 212-591-6038
Email: info@pubpat.org

*Attorneys for Plaintiffs*

TO:

Seth P. Waxman, Esq.
Gregory H. Lantier, Esq.
Rachel L. Weiner, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT was served on March 28, 2012 by first class mail upon:

Seth P. Waxman, Esq.
Gregory H. Lantier, Esq.
Rachel L. Weiner, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Attorneys for Defendants*

_____
Daniel B. Ravicher (DR-1498)